THE HONORABLE BRIAN A. TSUCHIDA
Trial Date: October 1, 2019

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NOLAN CARROLL,

    Plaintiff,

v.

CITY OF LAKE FOREST PARK,

    Defendant.

No. 2:18-cv-0588-BAT

[~~PROPOSED~~]

STIPULATION FOR AND ORDER OF DISMISSAL

[CLERK'S ACTION REQUIRED]

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Nolan Carroll and Defendant City of Lake Forest Park that all of Plaintiff's claims against Defendant may be dismissed with prejudice and without assessment by the Court of costs or attorneys' fees to either party.

Dated: June 25, 2019    MacDONALD HOAGUE & BAYLESS

/s/ Joseph Shaeffer
Joseph Shaeffer, WSBA #33273
Jesse Wing, WSBA #27751
Attorneys for Plaintiff

705 Second Avenue, Suite 1500
Seattle, WA 98104
Ph: (206) 622-1604
josephs@mhb.com
jessew@mhb.com

STIPULATION FOR AND ORDER OF DISMISSAL - 1
2:18-cv-0588-BAT
1002-00909/433809

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE: (206) 623-8861
FAX: (206) 223-9423

Dated: June 25, 2019　　　KEATING, BUCKLIN & McCORMACK, INC., P.S.

*/s/ Shannon M. Ragonesi*
Shannon M. Ragonesi, WSBA #31951
Attorneys for Defendant

801 Second Avenue, Suite 1210
Seattle, WA 98104
Ph.: (206) 623-8861
Fax: (206) 223-9423
sragonesi@kbmlawyers.com

## ORDER

PURSUANT TO THE FOREGOING STIPULATION, IT IS ORDERED that Plaintiff's claims against Defendant are dismissed with prejudice and without assessment by the Court of costs or attorneys' fees to either party.

DATED this **25th** day of June, 2019.

_____
THE HONORABLE BRIAN A. TSUCHIDA

STIPULATION FOR AND ORDER OF DISMISSAL - 2
2:18-cv-0588-BAT
1002-00909/433809

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE: (206) 623-8861
FAX: (206) 223-9423